NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-629


STATE OF LOUISIANA

VERSUS

BENJAMIN BLANCHE


**********


APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 6425-01
HONORABLEDAVID KENT SAVOIE, DISTRICT JUDGE


**********


GLENN B. GREMILLION
JUDGE


**********


Court composed of John D. Saunders, Marc T. Amy, and Glenn B. Gremillion, Judges.


AFFIRMED WITH INSTRUCITONS.


Robert Richard Bryant, Jr.
District Attorney
P.O. Box 3206
Lake Charles, LA 70602-3206
(337) 437-3400
Counsel for Plaintiff/Appellee
        State of Louisiana

**Mary Constance Hanes**
**Louisiana Appellate Project**
**P. O. Box 4015**
**New Orleans, LA 70178-4015**
**Counsel for Defendant/Appellant**
        **Benjamin Blanche**

**Benjamin Blanche**
**Allen Correction Facility**
**3751 Lauderdale Woodyard Rd.**
**Kinder, LA 70648-5908**
**In Proper Person:**
        **Benjamin Blanche**